UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MACKEY,<br><br>    Plaintiff,<br><br>    v.<br><br>C. COLLINS, et al.,<br><br>    Defendants. | Case No. 22-cv-04340 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to file an amended complaint. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: __**January 17, 2023**____

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\CR.22\04340Mackey_judgment